IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02561-MSK-BNB

ALLEN PYLE, as receiver for DESIGN SAVERS PLANS, LLC, a Colorado corporation,

    Plaintiff,

v.

VENTURE SUPPORT GROUP, LLC, a Nevada corporation, and
FAMILY SECURITY COUNCIL, INC., a Georgia corporation,

    Defendants.

---

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on an Amended Notice of Removal **(#6)** and a Response **(#8)** to the Court's Order to Show Cause **(#5)**. Having considered the same,

**IT IS HEREBY ORDERED** that the Order to Show Cause **(#5)** is deemed satisfied and is **DISCHARGED.**

Dated this 19th day of December, 2007

                **BY THE COURT:**

                */s/ Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Judge