IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02561-MSK-BNB

ALLEN PYLE, as receiver for DESIGN SAVERS PLANS, LLC, a Colorado corporation,

    Plaintiff,

v.

VENTURE SUPPORT GROUP, LLC, a Nevada corporation, and
FAMILY SECURITY COUNCIL, INC., a Georgia corporation,

    Defendants.

---

## ORDER AND NOTICE OF EVIDENTIARY HEARING

---

THIS MATTER comes before the Court on Defendant Venture Support Group, LLC's Motion to Transfer Case for Convenience (28 U.S.C. § 1404(a)) **(#10)**. Based thereon,

**IT IS ORDERED** that:

(1) A 2-hour evidentiary hearing is set for **June 6, 2008** at **8:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado, on the Motion to Transfer Case for Convenience.

(2) To enable the parties to prepare for the hearing, any party intending to offer exhibits or call witnesses at the hearing shall, at least **three business days prior to the hearing**, provide copies of all proposed exhibits (pre-marked) and a list of witnesses to all counsel.

(3) Evidence will not be received by telephone or declaration, nor will parties be

permitted to appear by telephone.

Dated this 26th day of February, 2008

                                    **BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge