IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 07-cv-02561-MSK-BNB  Date: April 3, 2008
Courtroom Deputy: Geneva D. Mattei  FTR BNB COURTROOM A401

---

ALLEN PYLE,  Lawrence Zavadil
(a Colorado corporation)  Marianna Moss
receiver
Design Savers Plans, LLC

       Plaintiff,

v.

VENTURE SUPPORT GROUP, LLC,
a Nevada corporation
FAMILY SECURITY COUNCIL, INC.,  Frederick Winters
a Georgia corporation

       Defendants.

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:   10:07 a.m.

Appearance of counsel. No appearance by defendant Venture Support Group, LLC.

Court's opening remarks.

Argument presented.

**ORDERED:** Defendant Venture Support Group, LLC's unopposed motion to stay scheduling and related dates pending adjudication of motion to transfer, filed March 25, 2008; Doc 35 is denied as stated on the record.

**ORDERED:** Unopposed motion for leave to file amended complaint by plaintiff, filed February 27, 2008; Doc 28 is granted as stated on the record. The Clerk of the Court is directed to accept the amended complaint for filing. Response to the amended complaint shall be filed within 10 days from today.

**ORDERED:** Plaintiff's motion to strike defendant Family Security Council, Inc.'s third-party complaint, filed February 25, 2008; Doc. 24 is denied as stated on the record. Defendant's third-party complaint is allowed and service must be accomplished as soon as possible.

**ORDERED:** The Scheduling Conference set for April 9, 2008 is vacated; and reset for May 14, 2009 at 9:00 a.m. Proposed scheduling order and settlement letters are due on or before May 7, 2008.

Court in Recess        10:31 a.m.      Hearing concluded.

Total time in court:   00:24

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.