IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02561-MSK-BNB

ALLEN PYLE, an individual, as the Court appointed Receiver for Certain Collateral of DESIGN SAVERS PLANS, LLC, a Colorado corporation,

Plaintiff,

v.

VENTURE SUPPORT GROUP, LLC, a California limited liability company, and
FAMILY SECURITY COUNCIL, INC., a Georgia corporation,

Defendants.
_____

# ORDER
_____

This matter is before me on the following:

(1)     **Defendant Venture Support Group, LLC's Unopposed Motion to Stay Scheduling and Related Dates Pending Adjudication of Motion to Transfer** [Doc. # 35, filed 3/25/2008] (the "Motion to Stay");

(2)     Plaintiff's **Unopposed Motion for Leave to File Amended Complaint** [Doc. # 28, filed 2/27/2008] (the "Motion to Amend"); and

(3)     **Plaintiff's Motion to Strike Defendant Family Security Council, Inc.'s Third-Party Complaint** [Doc. # 24, filed 2/25/2008] (the "Motion to Strike").

I held a hearing on the motions this morning. Counsel for the plaintiff and for Family Security Council, Inc., appeared at the hearing, but counsel for Venture Support Group, LLC, neither appeared nor made other arrangements. I disapprove of the failure of Venture Support Group, LLC, to appear at the hearing.

I made rulings on the record concerning the motions, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Stay is DENIED.

IT IS FURTHER ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint [Doc. # 28-2]. The defendant shall respond to the Amended Complaint within 10 days.

IT IS FURTHER ORDERED that the Motion to Strike is DENIED.

IT IS FURTHER ORDERED that the scheduling conference set for April 9, 2008, at 1:30 p.m., is VACATED and RESET to **May 14, 2008 at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed Scheduling Order and submit it to the court on or before **May 7, 2008**. In addition, the parties shall submit confidential settlement statements to my chambers only on or before **May 7, 2008**.

Dated April 3, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge