IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02561-MSK-BNB

ALLEN PYLE, as receiver for DESIGN SAVERS PLANS, LLC, a Colorado corporation,

       Plaintiff,

v.

VENTURE SUPPORT GROUP, LLC, a Nevada corporation, and
FAMILY SECURITY COUNCIL, INC., a Georgia corporation,

       Defendants.
_____

**ORDER**
_____

       THIS MATTER comes before the Court on the Motion to Withdraw Document (Motion) **(#50)** filed June 30, 2008. Having reviewed the Motion,

       **IT IS ORDERED** that the Motion is deemed a Notice of Withdrawal of the Motion to Transfer Case for Convenience (28 U.S.C. § 1404(a) (#10) and the Clerk is directed to withdraw the motion. Accordingly, the evidentiary hearing set for July 1, 2008, at 8:30 a.m. is hereby **VACATED**.

       DATED this 30th day of June, 2008.

                                    **BY THE COURT:**

                                    *Marcia S. Krieger*
                                    _____

                                    Marcia S. Krieger
                                    United States District Judge