IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02561-MSK-BNB

ALLEN PYLE, an individual, as the Court appointed Receiver for Certain Collateral of DESIGN SAVERS PLANS, LLC, a Colorado corporation,

Plaintiff,

v.

VENTURE SUPPORT GROUP, LLC, a California limited liability company, and
FAMILY SECURITY COUNCIL, INC., a Georgia corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Joint Motion for Stay of Litigation Pending Consummation of Settlement Agreement and Mutual Release** [Doc. # 55, filed 8/1/2008] (the "Motion"). The parties request that I stay the litigation until 90 days after September 10, 2008, the date the last payment called for under the settlement agreement is due. Granting the Motion would mean that the case would be stayed until December 10, 2008.

I entered a Scheduling Order [Doc. # 46] on May 14, 2008, establishing expert witness deadlines of September 12 and October 10, 2008; a discovery cut-off of November 14, 2008; and a dispositive motion deadline of December 5, 2008. The district judge has set a final pretrial conference on April 14, 2009.

In the unlikely event that the settlement reached by the parties is not fulfilled, the stay would expire only four months before the final pretrial conference before the district judge. Four months is inadequate time for the parties to complete expert disclosures, complete discovery, and

otherwise prepare the case for trial. In addition, the district judge has made clear that "[e]xtensions of time and continuances will <u>not</u> normally be granted for 'press of other business' or for circumstances that could reasonably have been anticipated by counsel," Trial Preparation Order--Civil [Doc. # 47, filed 5/14/2008], including settlement discussions and finalization of settlements.

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the parties shall file a motion to dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a), on or before **December 15, 2008**.

Dated August 4, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge