UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02561-MSK-BNB

ALLEN PYLE, an individual, as the Court appointed Receiver for Certain Collateral of
DESIGN SAVERS PLANS, LLC, a Colorado corporation,

    Plaintiffs,

v.

VENTURE SUPPORT GROUP, LLC, a California limited liability company, and
FAMILY SECURITY COUNCIL, INC., a Georgia corporation,

    Defendants,
and

FAMILY SECURITY COUNCIL, INC., a Georgia corporation,

    Third Party Plaintiff,

v.

STEVEN D. SMITH, INC., and
STEVEN D. SMITH, an individual,

    Third Party Defendants.
_____

## ORDER DISMISSING CASE WITH PREJUDICE
_____

THIS MATTER comes before the Court on the Unopposed Motion to Dismiss Case With Prejudice (Motion) **(#59)** filed pursuant to Fed.R.Civ.P. 41(a)(2) on December 16, 2008. Having reviewed the Motion,

IT IS HEREBY ORDERED that the Motion is GRANTED and all claims, counterclaims and third-party claims asserted in this matter are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The Clerk is directed to close this case.

DATED this 16th day of December, 2008.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge